169 So.2d 391

**Gerald P. GANUCHEAU**

v.

**Samuel KLEINDORF and Security Insurance Company of New Haven.**

No. 47539.

Dec. 17, 1964.

In re: Gerald P. Ganucheau and New Orleans Public Service, Inc. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 167 So.2d 404.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

■

169 So.2d 392

**STATE of Louisiana ex rel. Albert BALLETT, Jr.**

v.

**Lionel GREMILLION, Administrator, etc.**

No. 47557.

Dec. 17, 1964.

In re: Albert Ballett, Jr. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 168 So.2d 270.

Writ refused. The showing made does not warrant the exercise of our supervisory jurisdiction.

McCALEB, J., thinks that a writ should be granted in view of the physicians' testimony that relator is not criminally insane. The finding of the trial judge that relator is a menace to society is founded on evidence that he *may be potentially* a menace to society. If R.S. 15:270 is thus construed, it is unconstitutional.

SANDERS, J., is of the opinion that the writ should be granted.

■

169 So.2d 392

**Mrs. Eugenie W. LIVAUDAIS**

v.

**Bertram R. SCHWARTZ and Audio T. H. Bradford, Jr.**

No. 47540.

Dec. 17, 1964.

In re: Audio T. H. Bradford, Jr., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 167 So.2d 499.

Writ refused. We find no error of law in the judgment complained of.